## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)     **DAVID WEISZBROD** | ) | |
|           **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Case No.** CIV-23-844-G |
| 1)     **JOSHUA MULLINNAX,** | ) ) ) | |
| 2)     **LINTEC USA HOLDING INC.; AND** | ) ) | |
| 3)     **LINTEC OF AMERICA, INC. d/b/a LINTEC SERVICES.** | ) ) ) | |
|           **Defendants.** | ) ) | |

### COMPLAINT

**COMES NOW** the Plaintiff, David Weiszbrod (hereinafter referred to as "Weiszbrod" or "Plaintiff"), through their undersigned attorney, respectfully submits his Complaint against individual driver, Joshua Mullinnax, Lintec USA Holding Inc., and Lintec of America, Inc. (hereinafter referred to as "Defendants"). In support thereof, Plaintiff alleges as follows:

### I. THE PARTIES/FACTUAL ALLEGATIONS

1. On September 27, 2021, David Weiszbrod was seriously and catastrophically injured in a motor vehicle crash that occurred at the 11200 block of W. Reno Avenue Oklahoma City, Oklahoma County, State of Oklahoma.

2. David Weiszbrod suffered and continues to suffer

major injuries from the accident on September 27, 2021.

3. Defendant, Joshua Mullinnax was negligent cause of the motor vehicle crash at issue herein. Defendant Mullinnax is domiciled in Geff, Illinois.

4. Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc., for Profit Company incorporated in the State of Ohio with its principal place of business located at 4560 Darrow Road, Stow, OH 44224.

## II. JURISDICTION AND VENUE

5. Plaintiff, David Weiszbrod is a resident and citizen of Oklahoma City, Oklahoma County, State of Oklahoma.

6. Defendant, Joshua Mullinnax, is a resident of Geff, Illinois, State of Illinois.

7. Defendants, Lintec USA Holding, Inc. and Lintec of America Inc. have headquarters in Stow, Ohio and places of business around the country including but not limited to Phoenix, Arizona. Lintec is incorporated at 49930 Raley Rd., Dameron, MD 20628-3305.

8. Plaintiff, David Weiszbrod, sustained injuries and medical treatment in excess of the amount for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

9. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs, and the action is between citizens of different states.

### III. FIRST CAUSE OF ACTION
### NEGLIGENCE

10. On or about September, 27, 2021 at approximately 11:56 a.m., David Weiszbrod was driving his vehicle West down Reno Avenue when he was violently and negligently struck by the large truck driven by Defendant, Mullinnax working for Defendants, Lintec Inc.

11. As a result of the crash caused by Defendants' negligence and/or reckless and intentional acts and omissions, David Weiszbrod sustained severe and debilitating injuries that have resulted in permanent and ongoing damages.

12. At the time and place of this crash, Defendant, Joshua Mullinnax was negligent and, failed to keep a proper lookout; Failed to exercise due care and diligence while operating his vehicle; Defendant, Mullinnax was cited for following too closely in traffic.

13. Further, Defendant Mullinnax was negligent *per se* in violating particular Oklahoma vehicle and traffic laws and regulations, including, but not limited to:

a. 47 O.S. § 11-102, which states that drivers are required to obey all traffic
b. 47 O.S. § 11-901(b), which states that the operator of every vehicle, while driving, shall devote their full time and attention to such driving;
c. 47 O.S. § 170, which states that drivers should halt their vehicle to avoid conflict with other traffic; and,
d. 47 O.S. § 11-310, which states a motor vehicle shall not follow another vehicle more closely than is reasonable and prudent, having due regard for the speed of such vehicles and the traffic upon and the condition of the highway.

14. The actions of Defendant Joshua Mullinnax, as described above, were negligent, and/or negligent per se such that Defendants should be liable for past, present and future damages sustained by the Plaintiff.

15. The personal injuries suffered by David Weiszbrod were directly caused or contributed to by the conduct of the Defendants.

16. Defendants are liable to the Plaintiff for the injuries and damages caused by their actions and Plaintiff is entitled to such damages under Oklahoma law, as described below.

**COUNT IV: Negligence/Vicarious Liability/Respondeat Superior As to Defendants Lintec Services:**

17. The subject 2019 Ford F-250 was driven by Joshua Mullinnax, on September 27, 2021, was owned, operated and maintained by Defendants Lintec of America, Inc. d/b/a Lintec Services.

18. Defendants, Lintec Services had a duty to select and secure a safe and appropriate vehicle for the purpose of providing driving

4

19. On September 27, 2021, Defendants, Lintec had a duty to ensure its agents, servants and employees, such as Defendant Joshua Mullinnax, would adhere to safe driving regulations including but not limited to use of their cellular telephone or other electronic communication devices while driving.

20. On or about 11:56 a.m. on September 27, 2021, Defendant Joshua Mullinnax was an employee and/or agent of Defendants Lintec USA Holding, Inc. and/or Lintec of America, Inc., d/b/a Lintec Services.

21. On or about 11:56 a.m. on September 27, 2021, Defendant Joshua Mullinnax was acting within the scope and course of his employment/agency or authority with Defendants d/b/a Lintec Services.

22. Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc. d/b/a Lintec Services are responsible under *respondeat superior,* and vicariously liable for any damages resulting from any negligence of Defendant Joshua Mullinnax, as an employee/agent and individual under Lintec Services management, supervision, direction and control.

23. Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc. d/b/a Lintec Services responsible and vicariously liable for any

damages resulting from any negligence accomplished by Defendant, Joshua Mullinnax, Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc. d/b/a Lintec Services had a duty to promulgate and enforce adequate safety rules, regulations, procedures, guidelines, training and/or employment and hiring practices and/or policies to ensure its drivers, and vehicles were reasonably safe and the public was protected.

24. Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc. d/b/a Lintec Services acted negligently in failing to establish proper policies and procedures and protocols.

25. Defendants, Lintec USA Holding, Inc. and Lintec of America, Inc. d/b/a Lintec Services negligent in its hiring, retention, training, re-training, education, oversight and/or supervision of any and all of its employee/drivers.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in his favor against Defendants, and award him all relief allowed by law, including but not limited to the following:

**(a)** Appropriate relief at law and equity;

**(b)** Declaratory relief and other appropriate equitable relief;

**(c)** Economic losses on all claims allowed by law;

**(d)** Compensatory, consequential and future damages, including damages for emotional distress, humiliation, loss of enjoyment of life, and other pain and suffering on all claim allowed by law in an amount to be determined by trial in excess of Seventy-Five Thousand Dollars ($75,000.00).

**(e)** Any further relief that this court deems just and proper, and any other relief as allowed by law.

## JURY DEMAND

Plaintiff seeks a trial by jury on all issues so triable.

Respectfully submitted,

*s/ Marissa T. Osenbaugh*
Marissa T. Osenbaugh, OBA# 19905
**OSENBAUGH LAW, PLLC**
112 N. Jackson Avenue
P.O. Box 744
Piedmont, OK 73078
Telephone: (405) 210-8111
osenbaughlaw@hotmail.com
**ATTORNEYS FOR PLAINTIFF**

8